# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 99-11289
_____

## GUSTAFSON, INC.

### Plaintiff - Counter Defendant - Appellee-Cross-Appellant,

### versus

## ROGER BUNCH

### Defendant - Counter Claimant - Appellant-Cross-Appellee.

_____

## Appeals from the United States District Court
for the Northern District of Texas
(3:97-CV-2101-D)

_____

## December 8, 2000

Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.